BRENDA CORNELL, Respondent, v 360 WEST 51ST STREET REALTY, LLC, et al., Defendants, and 360 W. 51ST STREET CORP., Appellant.

Submitted November 5, 2012; decided December 11, 2012

Motion to dismiss appeal denied.

In the Matter of MICHAEL A. CUNNINGHAM, Appellant, v NEW YORK STATE DEPARTMENT OF LABOR, Respondent.

Submitted October 29, 2012; decided December 11, 2012

Motion to dismiss appeal etc. denied.

In the Matter of GREGORY A. GOODWINE, SR., Appellant, v WILLIAM A. LEE, Respondent.

Submitted October 1, 2012; decided December 11, 2012

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution.

In the Matter of SHAWN G. GRANGER, Respondent, v DANIELLE D. MISERCOLA, Appellant.

Submitted December 3, 2012; decided December 11, 2012

Motion for a stay granted.